```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GEORGE STEINMETZ,                                           :
                                                            :
                                Plaintiff,                  :
                                                            :          21-CV-9191 (VSB)
                -against-                                   :
                                                            :               ORDER
EXECUTIVE FLITEWAYS, INC., et al.,                          :
                                                            :
                                Defendants.                 :
                                                            :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on November 5, 2021 against Defendants Executive Fliteways, Inc. d/b/a Private Class Jets ("Executive Fliteways") and Does 1-10. (Doc. 1.) On November 9, 2021, Plaintiff filed an affidavit of service. (Doc. 8.) The deadline for Defendant Executive Fliteways to respond to Plaintiff's complaint was November 30, 2021. (*See* Doc. 8.) To date, Defendant Executive Fliteways has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 12, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 29, 2021
              New York, New York

                                                                     _____
                                                                     VERNON S. BRODERICK
                                                                     United States District Judge